STATE OF NEW JERSEY v. THOMAS CLAUSO.

June 28, 1983.

Petition for certification denied.

JOSEPH GREEN v. SAYTECH, INC.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LEE.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME JOHNSON.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL F. ROLAND.

June 28, 1983.

Petition for certification denied.